NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-704

ZACHARY LACAZE

VERSUS

MARK WILLIBER, ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF ACADIA, NO. 81718
HONORABLE J. BYRON HEBERT, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Marc T. Amy, Michael G. Sullivan, and Billy Howard Ezell, Judges.

AFFIRMED.

Richard Joseph Petre, Jr.
Onebane Law Firm
P. O. Drawer 3507
Lafayette, La 70502-3507
(337) 237-2660
Counsel for Defendant/Appellee
Lafayette Insurance Company

**Byron P. Guillory**
**Attorney at Law**
**504 West University Ave**
**Lafayette, LA 70506**
**(337) 233-3070**
**Counsel for Defendants/Appellees**
**Mark Williber**
**Brenda Mouton Williber**

**Scott A. Stefanski**
**Edwards, Stefanski, & Zaunbrecher, LLP et al**
**P. O. Drawer 730**
**Crowley, LA 70527-0730**
**(337) 783-7000**
**Counsel for Plaintiff/Appellant**
**Zachary LaCaze**